NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**FOUR MILE BAY, LLC,**
*Appellant*

**v.**

**ZIMMER BIOMET HOLDINGS, INC.,**
*Appellee*

_____

2017-2017

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00012.

_____

## JUDGMENT

_____

PHILIP SCOTT LYREN, Philip S. Lyren, PC, Wadsworth, OH, argued for appellant.

YOUNG JIN PARK, Paul Hastings LLP, New York, NY, argued for appellee. Also represented by NAVEEN MODI, PAROMITA CHATTERJEE, STEPHEN BLAKE KINNAIRD, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, MOORE, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 3, 2018 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |